452 A.2d 47

Commonwealth v. Murphy, Appellant.
Petition for Allowance of Appeal Denied May 12, 1983.

Submitted April 5, 1982. Gary Spohn Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.